IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK SHELBY,<br><br>   Plaintiff,<br><br>vs.<br><br>JANICE LIPOVSKY and TERRY JONES,<br><br>   Defendants. | 8:20CV443<br><br>**MEMORANDUM AND ORDER** |

On October 29, 2020, and after denying Plaintiff's motion to proceed in forma pauperis, the court ordered Plaintiff to file the $400.00 filing fee within 30 days or face dismissal of this action without further notice. To date, Plaintiff has not filed the required fee.

IT IS THEREFORE ORDERED that this matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by separate document.

DATED this 4th day of December, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge